IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRIE GIDGET CARTER, et al., | No. 2:15-CV-2263-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES BANKRUPTCY COURT, et al., | |
| Defendants. | |

      Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is defendants' motion to dismiss (Doc. 4). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 2, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED: November 30, 2015

                                                         **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE

1