IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRIE GIDGET CARTER, et al., | No. 2:15-CV-2263-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES BANKRUPTCY COURT, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Good cause appearing therefor, the scheduling conference set for March 9, 2016, at 10:00 a.m. before the undersigned in Redding, California, is vacated pending resolution of defendants' motion to dismiss.

IT IS SO ORDERED.

DATED: February 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE