# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRIE GIDGET CARTER, et al., | No. 2:15-CV-2263-JAM-CMK |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES BANKRUPTCY COURT, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 20, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2016, are adopted in full;

2. Defendants' unopposed motion to dismiss (Doc. 4) is granted; and

3. Judge Klein and the United States are dismissed, with prejudice, as defendants to this action, which shall proceed as against the California State Board of Equalization as the only remaining defendant.

DATED: October 27, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE